UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY )<br>               Plaintiff, )<br>                           )<br>vs.                            )<br>                            )<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR; NATIONAL PARK )<br>SERVICE; DIRK KEMPTHORNE; )<br>MARY BOMAR; ERNIE QUINTANA; )<br>GERARD BAKER; and MIKE )<br>PFLAUM )<br>              Defendants. )<br>                            ) | Civil Case No. _____<br><br>Case: 1:07-cv-01986<br>Assigned To : Robertson, James<br>Assign. Date : 11/2/2007<br>Description: TRO/PI |

## MOTION TO PERMIT VISITING ATTORNEY W. JESSE WEINS' APPEARANCE *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Jordan W. Lorence, undersigned sponsoring member of the Bar of this Court, moves this Court for an order permitting visiting attorney W. Jesse Weins' appearance and participation *pro hac vice* as co-counsel in the above-captioned case. This motion is based on the statement of points and authorities and declaration of Jesse Weins accompanying this motion and incorporated below.

### STATEMENT OF POINTS AND AUTHORITIES SUPPORTING THIS MOTION

LCvR 83.2(d) sets forth the procedure by which an attorney who is not a member of the Bar of this Court may, by permission of the judge to whom the case is assigned, be permitted to appear as counsel *pro hac vice* and participate in court proceedings. LCvR 83.2(d) states that "[a]ny attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth: (1) the full name of the attorney; (2) the attorney's office address and telephone number; (3) a list of all bars to which the attorney has been admitted; (4) a certification that the attorney

1

either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline; (5) the number of times the attorney has been admitted *pro hac vice* in this Court within the last two years; and (6) whether the attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending." In addition, LCvR 83.2(j) requires certification of personal familiarity with the Federal Rules of Civil Procedure and the Local Rules of this Court by non-members of the Bar of this Court. The declaration of W. Jesse Weins provides the above-required information. Movant therefore respectfully requests that this Court permit Mr. Weins' appearance *pro hac vice* for the instant action.

Respectfully submitted this 2nd day of November, 2007.

By: /s/ Jordan W. Lorence
Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001
(202) 637-4610
(202) 347-3622 Fax
jlorence@telladf.org

## DECLARATION OF JESSE WEINS

I, W. Jesse Weins, declare as follows:

1. My full name is William Jesse Weins.

2. My office address is 15192 Rosewood; Leawood, Kansas 66224 and my office telephone number is (913) 685-8000.

3. I am admitted to the bars of the following courts:

| COURT | DATE ADMITTED |
|---|---|
| U.S. District Court of Kansas | September 28, 2007 |
| Supreme Court of Kansas | September 28, 2007 |

4. I certify that I have not been disciplined by any bar.

5. I have not sought admission *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Pursuant to LCvR 83.2(j), I certify that I am personally familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st of October, 2007, at Leawood, Kansas.

_____
W. Jesse Weins, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY<br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>INTERIOR; NATIONAL PARK<br>SERVICE; DIRK KEMPTHORNE;<br>MARY BOMAR; ERNIE QUINTANA;<br>GERARD BAKER; and MIKE<br>PFLAUM<br>      Defendants. | )<br>)<br>) Civil Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING MOTION TO PERMIT VISITING ATTORNEY W. JESSE WEINS' APPEARANCE *PRO HAC VICE*

This matter is before the Court on the motion to permit visiting attorney W. Jesse Weins' appearance *pro hac vice*. Mr. Weins has complied with the requirements of Local Rule 83.2, including the necessary declaration and certification. For the foregoing reasons, it is ordered that the motion for admission *pro hac vice* is granted and that W. Jesse Weins is admitted to practice before this Court in the above-captioned matter.

DATED this _____ day of _____, 2007.

                _____
                United States District Judge

1

Copy to:

United States Department of Interior
National Park Service
1849 C Street NW
Washington, DC 20240

Dirk Kempthorne, Secretary
UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240

Mary Bomar, Director
NATIONAL PARK SERVICE
UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240

Ernie Quintana, Midwest Regional Director
NATIONAL PARK SERVICE
601 Riverfront Drive
Omaha, Nebraska 68102

Gerard Baker, Superintendant
Mike Pflaum, Chief Ranger
MOUNT RUSHMORE NATIONAL MEMORIAL
13000 Highway 244, Building 31
Suite 1
Keystone, South Dakota 57751

Alberto Gonzalez, Attorney General
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Street NW
Washington, DC 20530

Jeffrey A. Taylor, U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
555 4th Street NW
Washington, DC 20530

Jordan W. Lorence, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

Heather Gebelin Hacker, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630

Kevin H. Theriot, Attorney for Plaintiff
W. Jesse Weins, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, Kansas 66224