UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01986 (JR) |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for all defendants in the above-captioned case.

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to, and by electronic mail, to:

Jordan W. Lorence, Esq.
Alliance Defense Fund
801 G Street, NW, Suite 509
Washington, D.C. 20001
Email: jlorence@telladf.org

on this __ day of November, 2007.

                                          ____/s/_____
                                          JOHN G. INTERRANTE
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          John.Interrante@usdoj.gov