AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL BOARDLEY
  Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF INTERIOR;
NATIONAL PARK SERVICE; DIRK KEMPTHORNE; MARY
BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE
PFLAUM
  Defendants.

Case: 1:07-cv-01986
Assigned To : Robertson, James
Assign. Date : 11/2/2007
CAS   Description: TRO/PI

TO: (Name and address of Defendant)

Mike Pflaum, Chief Ranger
MOUNT RUSHMORE NATIONAL MEMORIAL
13000 Highway 244, Building 31
Suite 1
Keystone, South Dakota 57751

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____60 (sixty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV - 2 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  11-8-07 |
| NAME OF SERVER (PRINT)  JACK C. MANN | TITLE  Pennington Co. Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Mt. Rushmore Memorial Administration Bldg

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  2.58 | SERVICES  25.00 | TOTAL  27.58 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-8-07
           Date

Signature of Server

Address of Server: 300 Kansas City St. Suite 100
Rapid City, SD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.