# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
2007 NOV -7 PM 1: 52
SHERIFF'S OFFICE
DOUGLAS CO. NEBR.

**MICHAEL BOARDLEY**
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF INTERIOR;
NATIONAL PARK SERVICE; DIRK KEMPTHORNE; MARY
BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE
PFLAUM
   Defendants.

CASE

Case: 1:07-cv-01986
Assigned To : Robertson, James
Assign. Date : 11/2/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Ernie Quintana, Midwest Regional Director
NATIONAL PARK SERVICE
601 Riverfront Drive
Omaha, NE 68102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___NANCY MAYER-WHITTINGTON___
CLERK

NOV -2 2007
DATE

___[signature]___
(By) DEPUTY CLERK

AFFIDAVIT FOR SERVICE

STATE OF NEBRASKA)
               ) SS        INDEX: 976808
COUNTY OF DOUGLAS)

I, THE UNDERSIGNED, BEING FIRST DULY SWORN, ON OATH DEPOSE AND STATE THAT I AM OVER THE AGE OF 18 YEARS, AND A RESIDENT AND A DESIGNATED AGENT OF THE SHERIFF OF DOUGLAS COUNTY, NEBRASKA

RECEIVED THIS SUMMONS ON NOVEMBER 7, 2007, AND SERVED THE SAME ON NOVEMBER 8, 2007, ON THE WITHIN NAMED, ERNIE QUINTANA MIDWEST REGIONAL DIRECTOR BY DELIVERING TO HIM/HER PERSONALLY AT NATIONAL PARK SERVICE, 601 RIVERFRONT DRIVE IN DOUGLAS COUNTY, NEBRASKA, AT 8:45 A.M., A TRUE AND DULY CERTIFIED COPY OF THIS SUMMONS WITH ALL THE ENDORSEMENTS THEREON, TOGETHER WITH A COPY OF THE VERIFIED COMPLAINT AND A COPY OF THE APPLICATION FOR PRELIMINARY INJUNCTION AND A COPY OF THE (PROPOSED) ORDER GRANTING PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION AND A COPY OF THE MOTION TO PERMIT VISITING ATTORNEY HEATHER GEBELIN HACKER'S APPEARANCE PRO HAC VICE AND A COPY OF THE MOTION TO PERMIT VISITING ATTORNEY W. JESSE WEINS' APPEARANCE PRO HAC VICE AND A COPY OF THE MOTION TO PERMIT VISITING ATTORNEY KEVIN H. THERIOT'S APPEARANCE PRO HAC VICE FILED IN THIS CASE.

_William Sedlak_
WILLIAM SEDLAK
DESIGNATED AGENT OF THE SHERIFF

SUBSCRIBED TO AND SWORN BEFORE ME ON NOVEMBER 8, 2007

_Carisa Roberts_
GENERAL NOTARY-STATE OF NEBRASKA

GENERAL NOTARY - State of Nebraska
CARISA ROBERTS
My Comm. Exp. Feb. 2, 2011

FEES      $   50.00  PAID

TOTAL     $   50.00  PAID