# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL BOARDLEY
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF INTERIOR;
NATIONAL PARK SERVICE; DIRK KEMPTHORNE; MARY
BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE
PFLAUM
   Defendants.

CASE

Case: 1:07-cv-01986
Assigned To : Robertson, James
Assign. Date : 11/2/2007
Description: TRO/PI

TO: (Name and address of Defendant)

U.S. Department of Interior
1849 C Street NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within    **60 (sixty)**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        NOV - 2 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | November 5, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Amanda Rossiter | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail on November 5, 2007; return receipt attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/16/2007        *[signature]*
                Date              Signature of Server

Alliance Defense Fund
801 G. Street NW, Suite 509
Washington, DC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.84 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.64 |

Sent To: US Dept. of Interior
Street, Apt. No.; or PO Box No. 1849 C Street NW
City, State, ZIP+4 Washington DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0001 3865 0788

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Interior
   1849 C Street NW
   Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Melissa Tyson    C. Date of Delivery: Nov. 9, 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 3865 0788

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540