UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BOARDLEY, :
:
    Plaintiff, :
:
  v. : Civil Action No. 07-1986 (JR)
:
U.S. DEPARTMENT OF THE INTERIOR, :
*et al*., :
:
    Defendants. :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearances of Kevin Hayden Theriot [3], W. Jesse Weins [4] and Heather Gebelin Hacker [5] it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge