UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-01986 (JR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO APPLICATION FOR A PRELIMINARY INJUNCTION**

Defendant, United States Department of the Interior, and the remaining defendants ("federal defendants") respectfully move this Court for an enlargement of time to, and including, November 20, 2007, to file an opposition to Plaintiff's Application for Preliminary Injunction ("Application"). The Application was served on each of the federal defendants, along with a summons and complaint, by certified mail, return receipt, sent on November 5, 2007, and received on November 9, 2007 (See Document No. 8). Hence, the federal defendants response is due at the earliest on November 16, 2007.[1]

Plaintiff's counsel, Jordan Lorence and Heather Gebelin Hacker, were advised of this request and consented to the enlargement. Plaintiff will suffer no prejudice from the requested enlargement of time because the prospective harm he claims is the National Park Service has

---

[1] The federal defendants submit that the Application should be deemed served on November 9, 2007 for purposes of calculating the response time under Local Rule 65.1(c) because that is the date that the federal defendants were served with the summons and complaint. Accordingly, the federal defendants should have 5 business days from that date, or by November 19, 2007, to file our response to the Application.

allegedly "ignor[ed] his repeated requests for a permit" to distribute free gospel tracts at Mt. Rushmore National Memorial on August 7, 2008 and August 8, 2008 (See Application at 21).[2]

WHEREFORE, the federal defendants respectfully request an extension of time, to and including November 20, 2007, within which to file our response to the Application for a Preliminary Injunction.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                    United States Attorney

                    /s/
                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    JOHN G. INTERRANTE
                    PA Bar # 61373
                    Assistant United States Attorney
                    Civil Division
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7220
                    (202) 514-8780 (fax)
                    John.Interrante@usdoj.gov

---

[2] While the complaint does not specify the dates for which Plaintiff is seeking a future permit, the federal defendants intend to attach a declaration of Mike Plaum, Chief Park Ranger of Mount Rushmore, to our response to the Application stating the dates proposed by Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-01986 (JR) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) |
| **Defendants.** | ) |

### ORDER

Upon Consideration of the Consent Motion for Enlargement of Time for Defendants to Respond to Application for Preliminary Injunction, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Application for Preliminary Injunction on or before November 20, 2007.

It is **SO ORDERED** this _____ day of November, 2007.

_____
JAMES ROBERTSON
United States District Judge