UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BOARDLEY,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

        Defendants.

Civ. Action No. 07-1986 (JR)

## MOTION FOR LEAVE TO FILE ADDITIONAL DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff Michael Boardley, by and through counsel, and hereby moves this Court for leave to file an additional declaration in support of Plaintiff's Application for Preliminary Injunction pursuant to LCvR 65.1(c).

In Plaintiff's Application for Preliminary Injunction, he relied only upon his Verified Complaint. It is necessary to file a declaration additional to the Verified Complaint to clarify facts that were brought up in Defendants' Response with more specificity. This declaration is necessary for Plaintiff to adequately respond to Defendants' Response. The proposed declaration is lodged as an attachment to this motion.

Pursuant to LCvR 7(m), Plaintiff's counsel Heather Gebelin Hacker conferred with Defendants' counsel John Interrante in regard to this motion. Mr. Interrante responded that Defendants take no position on the motion.

//

//

1

Respectfully submitted this 3rd day of December, 2007.

By: s/Heather Gebelin Hacker
     Heather Gebelin Hacker
     ALLIANCE DEFENSE FUND


Heather Gebelin Hacker*
California Bar No. 249273
101 Parkshore Drive, Suite 100
Folsom, California 95630
Tel: (916) 932-2850
Fax: (916) 932-2851
hghacker@telladf.org


Kevin H. Theriot*
Kansas Bar No. 21565
W. Jesse Weins*
Kansas Bar No. 23127
15192 Rosewood
Leawood, Kansas  66224
Tel: (913) 685-8000
Fax: (913) 685-8001
ktheriot@telladf.org
jweins@telladf.org


Attorneys for Plaintiff

*Admitted *pro hac vice*
+Of counsel, not admitted in this jurisdiction

Jordan W. Lorence
D.C. Bar No. 385022
801 G. Street NW, Suite 509
Washington, D.C. 20001
Tel: (202) 637-4610
Fax: (202) 347-3622
jlorence@telladf.org


Benjamin W. Bull+
Arizona Bar No. 009940
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
bbull@telladf.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BOARDLEY,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

      Defendants.

Civil Action No. 07-1986 (JR)

## DECLARATION OF MICHAEL BOARDLEY IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION

I, Michael Boardley, hereby declare as follows:

1.     My name is Michael Boardley, and I am over the age of eighteen (18). I reside in Coon Rapids, Minnesota, and I make this declaration based on my personal knowledge.

2.     I am the plaintiff in the above captioned matter.

3.     On August 10, 2007, I was told by Ranger L. Hanson that I needed a permit to continue to pass out tracts at Mt. Rushmore.

4.     Ranger Hanson directed me to call a phone number found on the Mt. Rushmore National Monument website in order to request a permit.

5.     Ranger Hanson did not mention filling out any applications.

6.     When I returned home to Minnesota a few days later, I called the number on the website that Ranger Hanson referred to in order to request a permit.

7.     I left two messages at that number for someone to return my call.

1

8.    A female park official returned my call and asked me for my name, phone number and address, and said that she would mail a free speech permit to me.

9.    This park official never said anything to me about an application form.

10.   I never received a permit in the mail.

11.   On October 2, 2007, I called the Mt. Rushmore Ranger's Office again to request a permit.

12.   I left a voice message for Nancy Martines requesting a permit for August 7 and 8, 2008.

13.   Ms. Martines returned my call and told me that I needed to speak with Mike Pflaum about obtaining a permit.

14.   Ms. Martines also said that she would forward my request to Mr. Pflaum.

15.   Ms. Martines never said anything to me about an application form.

16.   I called Mr. Pflaum and left him a voice message requesting a permit for August 7 and 8, 2008.

17.   In my message, I indicated I needed the permit as soon as possible because I needed to plan my trip for next year.

18.   The trip needed to be planned in advance, as I live in Minnesota.

19.   I never received a response from Mr. Pflaum.

//

//

//

//

//

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct..

Dated this 30th day of November, 2007.

Michael Boardley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BOARDLEY,

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

       Defendants.

Civ. Action No. 07-1986 (JR)

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE ADDITIONAL
DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR
PRELIMINARY INJUNCTION**

THIS MATTER coming to be heard on the Motion for Leave to File Additional

Declaration in Support of Plaintiff's Application for Preliminary Injunction, the Court being

advised, it is HEREBY ORDERED:

1. Motion for Leave to File Additional Declaration in Support of Plaintiff's Application
   for Preliminary Injunction is **GRANTED**.
2. Plaintiff may file his Declaration in Support of his Application for Preliminary
   Injunction.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

_____
Hon. James Robertson
United States District Judge

1

Copy to:

John G. Interrante, Attorney for Defendants
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
John.Interrante@usdoj.gov

Jordan W. Lorence, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001
jlorence@telladf.org

Heather Gebelin Hacker, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
hghacker@telladf.org

Kevin H. Theriot, Attorney for Plaintiff
W. Jesse Weins, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, Kansas 66224
ktheriot@telladf.org
jweins@telladf.org