# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL BOARDLEY
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF INTERIOR;
NATIONAL PARK SERVICE; DIRK KEMPTHORNE; MARY
BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE
PFLAUM
   Defendants.

CASE

Case: 1:07-cv-01986
Assigned To : Robertson, James
Assign. Date : 11/2/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Mary Bomar, Director
NATIONAL PARK SERVICE
UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within  __60 (sixty)__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        NOV - 2 2007

CLERK        DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

## United States District Court                District Of Columbia

Michael Boardley

    Plaintiff

vs.

United States Department of Interior, et al

    Defendant

Attorney:

Alliance Defense Fund
Jordan Lorence
801 G St., NW, Suite 509
Washington, DC. 20001

**Case Number:** 1:07-cv-01986

Legal documents received by Same Day Process Service on November 06th, 2007 at 10:00 AM to be served upon **Mary Bomar, individual capacity at 701 Fitzhugh Way, Alexandria, VA. 22314**

I, B. Tony Snesko, swear and affirm that on **November 19th, 2007 at 3:30 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Verified Complaint; Application for Preliminary Injunction; Proposed Order Granting Plaintiff's Application for Preliminary Injunction; Motion to Permit Visiting Attorney Heather Gebelin Hacker's Appearance Pro Hac Vice; Proposed Order Granting Motion to Permit Visiting Attorney Heather Gebelin Hacker's Appearance Pro Hac Vice; Motion to Permit Visiting Attorney W. Jesse Weins' Appearance Pro Hac Vice; Proposed Order Granting Motion to Permit Visiting Attorney W. Jesse Weins' Appearance Pro Hac Vice; Motion to Permit Visiting Attorney Kevin H. Theriot's Appearance Pro Hac Vice; Proposed Order Granting Motion to Permit Visiting Attorney Kevin H. Theriot's Appearance Pro Hac Vice** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older to wit: **Milton Bomar, Co-Tenant & Husband** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: 6'4   Weight: 230   Skin Color: White   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005705

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 20 day of November, 2007

Notary Public, D.C.
My commission expires June 30, 2011

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL BOARDLEY
  Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF INTERIOR;
NATIONAL PARK SERVICE; DIRK KEMPTHORNE; MARY
BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE
PFLAUM
  Defendants.

CAS

Case: 1:07-cv-01986
Assigned To : Robertson, James
Assign. Date : 11/2/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Dirk Kempthorne, Secretary
UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan W. Lorence, DC Bar No. 385022
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                NOV - 2 2007

CLERK                                  DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BOARDLEY | ) Case No.: 1:07-cv01986 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| UNITED STATES DEPARTMENT OF INTERIOR; NATIONAL PARK SERVICES; DIRK KEMPTHORNE; MARY BOMAR; ERNIE QUINTANA; GERARD BAKER; and MIKE PFLAUM | ) |
| Defendants | ) |

STATE OF IDAHO:
                    } ss:
COUNTY OF ADA

I, SHAWN KIMMELL, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of IDAHO. That on NOVEMBER 20, 2007 at 4:45 PM at 1949 TEAL LANE, BOISE, IDAHO 83706-4049, deponent served the within SUMMONS IN A CIVIL CASE, INITIAL ELECTRONIC CASE FILING ORDER, VERIFIED COMPLAINT, (PROPOSED) ORDER GRANTING PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION, APPLICATION FOR PRELIMINARY INJUNCTION, (PROPOSED) ORDER GRANTING MOTION TO PERMIT VISITING ATTORNEY HEATHER GEBELIN HACKER'S APPEARANCE PRO HAC VICE, (PROPOSED) ORDER GRANTING MOTION TO PERMIT VISITING ATTORNEY W. JESSE WEINS' APPEARANCE PRO HAC VICE, (PROPOSED) ORDER GRANTING MOTION TO PERMIT VISITING ATTORNEY KEVIN H. THERIOT'S APPEARANCE PRO HAC VICE, MOTION TO PERMIT VISITING ATTORNEY HEATHER GEBELIN HACKER'S APPEARANCE PRO HAC VICE, MOTION TO PERMIT VISITING ATTORNEY W. JESSE WEINS' APPEARANCE PRO HAC VICE, MOTION TO PERMIT VISITING ATTORNEY KEVIN H. THERIOT'S APPEARANCE PRO HAC VICE on DIRK KEMPTHORNE by delivering and leaving with PATRICIA KEMPTHORNE, An adult occupant and resident of the usual abode of said defendant(s).

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
SHAWN KIMMELL
ATTORNEYS SERVICE BUREAU, INC
P.O. BOX 191129
BOISE, ID 83719-1129
(208) 362-4800

Subscribed and sworn to before me, a notary public, on this __27__ day of __November__, 2007.

__Sandy Schmitt__   My Commission Expires: __4-8-11__
Notary Public

ID: 07-005673