## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 07-01986 (JR)** |
| **v.** ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR <u>et al.</u>,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## <u>SUPPLEMENTAL DECLARATION AND SUGGESTION OF MOOTNESS</u>

Defendants respectfully move this Court, pursuant to Local Rule 65.1(c), for leave to file

the attached supplemental declaration to our Opposition to Plaintiff's Application for Preliminary

Injunction (Document 16) in this case. Plaintiff, through counsel, has been advised of Defendants'

intent to file this request, and takes no position as to whether it should be granted.

In the supplemental declaration (at ¶ 4), Chief Park Ranger Mike Pflaum, Mount Rushmore

National Memorial ("Memorial"), explains that he has treated Plaintiff's declaration, dated

November 30, 2007, and currently lodged with the Clerk (Document 18), as an application for a

permit to distribute gospel tracts and preach at the Memorial, even though Plaintiff has not submitted

the official permit application form, a copy of which was attached to Ranger Pflaum's original

declaration (Document 16). Ranger Pflaum further states that he has approved the issuance of a

permit to Plaintiff to engage in the requested First Amendment activities on August 7, 2008, and

August 8, 2008, as requested, subject to Plaintiff's signing the attached permit form (Supplemental

Decl., ¶¶ 4, 8). Ranger Pflaum is again providing Plaintiff with maps of the three areas of the

Memorial designated for First Amendment activity, and has authorized Plaintiff to distribute gospel

tracts and preach in an area (identified as "Area # 2, Walkway") that is centrally located on the Memorial grounds, in clear view of the Memorial itself, and through which all visitors must pass (id. at ¶¶ 5-7).

Defendants hereby submit that the Application for Preliminary Injunction ("Application") is now moot. Plaintiff's 22-page Application contained only a single conclusory paragraph claiming that he "requires a preliminary injunction in order to halt the ongoing violation of his First Amendment rights" (Application at 21). The alleged violation was described in the same paragraph as follows:

> Defendants have refused to allow Mr. Boardley's expression to occur even under their unconstitutional regulations by ignoring his repeated requests for a permit. Mr. Boardley is therefore currently unable to exercise any of his First Amendment freedoms at Mt. Rushmore, and his First Amendment rights are unconstitutionally restrained on any National Park Service land (id.).

Hence, the specific injury of which Plaintiff complains is his alleged inability to exercise his First Amendment rights at the Memorial because he has been unable to obtain a permit. However, Plaintiff, a resident of Minnesota, failed to mention in either the Complaint or the Application that he had no plans to return to the Memorial, located in South Dakota, before August, 2008, and that he had requested permission from the National Park Service to distribute gospel tracts and preach at the Memorial on August 7, 2008, and August 8, 2008. Defendants brought these facts to the Court's attention in our Opposition to Plaintiff's Application (Document 16).

Because Plaintiff has been approved to receive the very permit that he seeks, Plaintiff cannot make the showing of "irreparable harm and inadequacy of legal remedies" required for the issuance of a preliminary injunction. See, e.g., Wisconsin Gas Co. v. FERC, 758 F.2d 669, 674 (D.C. Cir. 1985) (citation omitted). The Application for Preliminary Injunction is therefore moot.

WHEREFORE, the Court should grant Defendants' request for leave to file the supplemental declaration, and further exercise its discretion and deny the Application as moot, as well as for the reasons stated in our opposition brief.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| Michael Boardley | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 01986 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| United States Department of | ) | |
| Interior et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____)

DECLARATION OF MIKE PFLAUM

1. I am the Chief Park Ranger for Mount Rushmore National Memorial (hereinafter Memorial), a unit of the National Park Service, which is an agency of the Department of Interior.   I make this second declaration in support of defendant's opposition to plaintiff's motion for a preliminary injunction in the above captioned case.

2. In my capacity as Chief Park Ranger, one of my duties is to oversee the granting of permits for First Amendment demonstration activity within the Memorial, with the Memorial's Superintendent as the final authority. As I recounted in my declaration dated November 14, 2007, I recall Mr.

Boardley's questions regarding First Amendment activity within the Memorial.

3.   While I provided a copy of the park application for him with my declaration dated November 14, 2007-- and I remained committed to process his permit in an expedited manner and certainly within 2 business days after receipt of an application–to date I have not received any application from Mr. Boardley.

4. Nevertheless, based on the information that we now have, and consistent with our regulations we are able to issue a permit for Michael Boardley.  Mr. Boardley's permit is enclosed as Attachment A.  It authorizes him to distribute gospel tracts and to conduct open air preaching at Mount Rushmore National Memorial on August 7 and 8, 2008 from 5:00 a.m. to 11:30 p.m.

5. The designated  First Amendment area assigned under Mr. Boardley's permit is the Area #2 Walkway and is further depicted  on the map that is enclosed as Attachment B   Also enclosed are two photographs, marked as Attachment C, which show slightly different views of the Area # 2 Walkway area and which shows the walkway as well as the sculptured

heads of Presidents George Washington, Thomas Jefferson, Abraham

Lincoln and Theodore Roosevelt in the background.

6.   Area #2 Walkway is located adjacent to the pergola, a columned

pedestrian entrance structure, and between the Audio Tour Building/

Information Center And Bookstore and the Concessions Building.  This

walkway area is where the vast majority of pedestrian visitors to Mount

Rushmore National Memorial walk on their way to and from the visitor

parking lot to the Visitor Center, the Concessions Buildings, and to the

Memorial's prime viewing areas.   The designated area also provides the

permittee a maximum exposure to visitors, and has worked very well for

past permittees' conducting similar activities.

7.  Also enclosed  as Attachment D are photographs of two other

designated First Amendment areas, designated as Area # 1 the Greenway

and Area #3 the Amphitheater, for literature distribution and public

assembly.   If plaintiff desires the use of one of these alternative areas,

however, he should contact me to modify the permit consistent with our

regulations.

8.  Finalizing the enclosed permit requires Mr. Boardley's signature.

Once signed, it should be forwarded to me either by fax at (605) 574-2307 or

by mail at Mount Rushmore National Memorial, 13000 Highway 244,

Building 1, Suite 1, Keystone, South Dakota 57751.


This declaration is made pursuant to 28 U.S.C. § 1746. I declare

under penalty of perjury that the foregoing are true and correct to the best of

my current knowledge.

Executed in Mount Rushmore National Memorial, Keystone,
South Dakota on this 6th day of December 2007.

Mike Pflaum
Chief Ranger
Mount Rushmore National Memorial
National Park Service

Attachment A



Form 10-114
Rev. DEC. 00
Page 1 of  2

UNITED STATES DEPARTMENT OF THE INTERIOR
National Park Service

Special Use Permit

Name of Use   __Distribute Printed Material / Public Assembly__                   Date
Permit  Reviewed

Reviewed

Reviewed

Expires  August 8, 2008
      Long Term _____                                        Permit #  MWR-
1500-2520-08002

Region    Park    Type      No. #
      Short Term _X_

Mount Rushmore National Memorial
Name of Area


 Michael Boardley_____  11532 Quay St. NW , Coon Rapi ds, MN 55433    (612)-987-
8808
                    Name or Permittee

Address                                    Phone

is hereby authorized during the period from (Time _5:00 a.m._  day __07__ Month __08,
2008_), through (Time _11:30 p.m._ day _08_  Month __08, 2008_ , (exclusive of the hours
from 11:30 p.m. on 08/07 to  5:00 a.m. on 08/08 when the Memorial is closed to visitors),
to use the following described land or facilities in the above named area:
Along the main walkway from the "pergola" (columned pedestrian entrance structure) to
the area adjacent to the rear wall of the concessions building.  This is the main
pedestrian access from the parking lot at Mount Rushmore National Memorial to the visitor
center and prime viewing areas. This area is marked on the attached map as "Area #2
Walkway".  A photograph of the area is also attached.

For the purpose(s) of:  Distribution of literature ("gospel tracts") and open air
preaching.


Authorizing legislation or other authority (RE - DO-53): 36 CFR 2.52; 36 CFR 2.51

NEPA Compliance:  CATEGORICALLY EXCLUDED _____  EA/FONSI _____  EIS _____  OTHER
APPROVED PLANS _X_

PERFORMANCE BOND:  Required _____   Not Required _____X_____  Amount

LIABILITY INSURANCE:  Required _____   Not Required _____X_____  Amount

ISSUANCE of this permit is subject to the conditions on the reverse hereof and appended
pages and when appropriate to the payment to the U.S. Dept. of the Interior, National Park
Service for its direct and indirect costs associated with managing the event.

The undersigned hereby accepts this permit subject to the terms, covenants, obligations,
and reservations, expressed or implied herein.

PERMITTEE _____
                            Signature
Date

Authorizing Official
                                                                         _____
                                                                         Signature
_____
Date

Additional Authorizing Official
_____
             (if Required)
Title                       Date              Signature



Page 2 of 2

**STANDARD CONDITIONS OF THIS PERMIT**

**1. The permittee shall exercise this privilege subject to the supervision of the Superintendent, and shall comply with all applicable laws and regulations of the area.**

**2. Damages - The permittee shall pay the United States for any damage resulting from this use which would not reasonably be inherent in the use which the permittee is authorized to make of the land described in this permit.**

**3. Benefit - No Member of Congress shall be admitted to any share or part of this permit or to any benefit that may arise therefrom: but this provision shall not be construed to extend to this grant if made with a corporation for its general benefit.**

**4. Assignment - This permit may not be transferred or assigned without the consent of the Superintendent, in writing.**

**5. Revocation - This permit may be terminated upon breach of any of the conditions herein or at the discretion of the Superintendent.**

**6. The permittee is prohibited from giving false information; to do so will be considered a breach of conditions and be grounds for revocation [Re: 36 CFR 2.32(a)(4)].**

**7. Permittee will comply with applicable public health and sanitation standards and codes.**

**8. Pursuant to 36 CFR 2.51(h) or 2.52 (h): It is prohibited for persons engaged in activities covered under this section to obstruct or impede pedestrians or vehicles, harass park visitors with physical contact or persistent demands, misrepresent the purposes or affiliations of those engaged in the sale or distribution, or misrepresent whether the printed matter is available without cost or donation.**

Attachment B



Presidential Trail

stairs

**Lincoln Borglum Museum (lower level)**
- Museum
- Bookstore
- Restrooms
- Theaters

Area # 3 "Amphitheater"

Amphitheater

Compressor House

Presidential Trailhead

Grand View Terrace

Borglum View Terrace

stairs

stairs

Sculptor's Studio & Bookstore

Tipi Area

NPS Office

Avenue of Flags

Borglum Court

Nature Trail

244

Carvers Cafe/ Memorial Team Ice Cream Shop

Area # 2 "Walkway"

Gift Shop

Audio Tour Building

Information Center & Bookstore

244

to Keys Rapid C

Denotes Pet Exercise

Main Parking

Main Parking

**Mount Rushmore National Memorial Keystone, South Dakota**

Area # 1 "Greenway"

**Designated First Amendment Areas marked in red**

Attachment C

Mount Rushmore National Memorial
Designated First Amendment Area #2
"Walkway" area

**Mount Rushmore National Memorial
Designated First Amendment Area #2
"Walkway" area**



Attachment D



Mount Rushmore National Memorial
Designated First Amendment Area #1
"Greenway" area



**Mount Rushmore National Memorial
Designated First Amendment Area #3
"Amphitheater" area**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL BOARDLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 07-01986 (JR)** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Upon Consideration of Defendants' Motion for Leave to File Supplemental Declaration and Suggestion of Mootness,  and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Clerk shall file the (Supplemental) Declaration of (Chief Park Ranger) Mike Pflaum as part of the record in this case.

It is **SO ORDERED** this _____ day of December, 2007.


_____
JAMES ROBERTSON
United States District Judge