UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BOARDLEY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

    Defendants.

Civil Action No. 07-1986 (JR)

## DECLARATION OF MICHAEL BOARDLEY IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION

I, Michael Boardley, hereby declare as follows:

1. My name is Michael Boardley, and I am over the age of eighteen (18). I reside in Coon Rapids, Minnesota, and I make this declaration based on my personal knowledge.

2. I am the plaintiff in the above captioned matter.

3. On August 10, 2007, I was told by Ranger L. Hanson that I needed a permit to continue to pass out tracts at Mt. Rushmore.

4. Ranger Hanson directed me to call a phone number found on the Mt. Rushmore National Monument website in order to request a permit.

5. Ranger Hanson did not mention filling out any applications.

6. When I returned home to Minnesota a few days later, I called the number on the website that Ranger Hanson referred to in order to request a permit.

7. I left two messages at that number for someone to return my call.

1

8. A female park official returned my call and asked me for my name, phone number and address, and said that she would mail a free speech permit to me.

9. This park official never said anything to me about an application form.

10. I never received a permit in the mail.

11. On October 2, 2007, I called the Mt. Rushmore Ranger's Office again to request a permit.

12. I left a voice message for Nancy Martines requesting a permit for August 7 and 8, 2008.

13. Ms. Martines returned my call and told me that I needed to speak with Mike Pflaum about obtaining a permit.

14. Ms. Martines also said that she would forward my request to Mr. Pflaum.

15. Ms. Martines never said anything to me about an application form.

16. I called Mr. Pflaum and left him a voice message requesting a permit for August 7 and 8, 2008.

17. In my message, I indicated I needed the permit as soon as possible because I needed to plan my trip for next year.

18. The trip needed to be planned in advance, as I live in Minnesota.

19. I never received a response from Mr. Pflaum.

//

//

//

//

//

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct..

Dated this 30th day of November, 2007.

*[signature]*
Michael Boardley