UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY**,<br>           Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF INTERIOR,** *et al*.<br>           Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-1986 (JR)<br>)<br>)<br>)<br>) |

## MOTION TO PERMIT VISITING ATTORNEY TIMOTHY D. CHANDLER'S APPEARANCE *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Jordan W. Lorence, undersigned sponsoring member of the Bar of this Court, moves this Court for an order permitting visiting attorney Timothy D. Chandler's appearance and participation *pro hac vice* as co-counsel in the above-captioned case. This motion is based on the statement of points and authorities and declaration of Timothy D. Chandler accompanying this motion and incorporated below.

## STATEMENT OF POINTS AND AUTHORITIES SUPPORTING THIS MOTION

LCvR 83.2(d) sets forth the procedure by which an attorney who is not a member of the Bar of this Court may, by permission of the judge to whom the case is assigned, be permitted to appear as counsel *pro hac vice* and participate in court proceedings. LCvR 83.2(d) states that "[a]ny attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth: (1) the full name of the attorney; (2) the attorney's office address and telephone number; (3) a list of all bars to which the attorney has been admitted; (4) a certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline; (5) the number of times the attorney has been

1

admitted *pro hac vice* in this Court within the last two years; and (6) whether the attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending." In addition, LCvR 83.2(j) requires certification of personal familiarity with the Federal Rules of Civil Procedure and the Local Rules of this Court by non-members of the Bar of this Court. The declaration of Timothy D. Chandler provides the above-required information. Movant therefore respectfully requests that this Court permit Mr. Chandler's appearance *pro hac vice* for the instant action.

Respectfully submitted this 10th day of December, 2007.

                By: /s/ Jordan W. Lorence_____
                      Jordan W. Lorence, DC Bar No. 385022

                      ALLIANCE DEFENSE FUND
                      801 G Street, NW
                      Suite 509
                      Washington, DC 20001
                      (202) 637-4610
                      (202) 347-3622 Fax
                      jlorence@telladf.org

## DECLARATION OF TIMOTHY D. CHANDLER

I, Timothy D. Chandler, declare as follows:

1. My full name is Timothy Donald Chandler.

2. My office address is 101 Parkshore Drive, Suite 100; Folsom, California 95630 and my office telephone number is (916) 932-2850.

3. I am admitted to the bars of the following courts:

| COURT | DATE ADMITTED |
| --- | --- |
| Supreme Court of the State of California | December 2, 2004 |
| U.S. District Court for the Southern District of CA | December 9, 2004 |
| U.S. District Court for the Eastern District of CA | December 10, 2004 |
| U.S. District Court for the Central District of CA | December 10, 2004 |
| U.S. District Court for the Northern District of CA | December 10, 2004 |
| U.S. Court of Appeals for the Ninth Circuit | August 5, 2005 |

4. I certify that I have not been disciplined by any bar.

5. I have not sought admission *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Pursuant to LCvR 83.2(j), I certify that I am personally familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th of December, 2007, at Folsom, California.

_____
Timothy D. Chandler, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY**<br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF**<br>**INTERIOR,** *et al.*<br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-1986 (JR)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING MOTION TO PERMIT VISITING ATTORNEY TIMOTHY D. CHANDLER'S APPEARANCE *PRO HAC VICE*

This matter is before the Court on the motion to permit visiting attorney Timothey D. Chandler's appearance *pro hac vice*. Mr. Chandler has complied with the requirements of Local Rule 83.2, including the necessary declaration and certification. For the foregoing reasons, it is ordered that the motion for admission *pro hac vice* is granted and that Timothy D. Chandler is admitted to practice before this Court in the above-captioned matter.

DATED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　Honorble James Robertson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Copy to:

John G. Interrante, Attorney for Defendants
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
John.Interrante@usdoj.gov

Jordan W. Lorence, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
801 G Street, NW
Suite 509
Washington, DC 20001
jlorence@telladf.org

Heather Gebelin Hacker, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
hghacker@telladf.org

Kevin H. Theriot, Attorney for Plaintiff
W. Jesse Weins, Attorney for Plaintiff
ALLIANCE DEFENSE FUND
15192 Rosewood
Leawood, Kansas 66224
ktheriot@telladf.org
jweins@telladf.org