IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
                                            )
Michael Boardley                            )
                                            )
            Plaintiff,                      )        Civil Action No. 01986 (JR)
                                            )
       v.                                   )
                                            )
United States Department of                 )
Interior et al.,                            )
                                            )
            Defendants.                     )
_____)

DECLARATION OF MIKE PFLAUM

1. I am the Chief Park Ranger for Mount Rushmore National Memorial (hereinafter Memorial), a unit of the National Park Service, which is an agency of the Department of Interior.   I make this second declaration in support of defendant's opposition to plaintiff's motion for a preliminary injunction in the above captioned case.

2. In my capacity as Chief Park Ranger, one of my duties is to oversee the granting of permits for First Amendment demonstration activity within the Memorial, with the Memorial's Superintendent as the final authority. As I recounted in my declaration dated November 14, 2007, I recall Mr.

Boardley's questions regarding First Amendment activity within the Memorial.

3.   While I provided a copy of the park application for him with my declaration dated November 14, 2007-- and I remained committed to process his permit in an expedited manner and certainly within 2 business days after receipt of an application–to date I have not received any application from Mr. Boardley.

4. Nevertheless, based on the information that we now have, consistent with our regulations we are able to issue a permit for Michael Boardley.  Mr. Boardley's permit is enclosed as Attachment A.  It authorizes him to distribute gospel tracts and to conduct open air preaching at Mount Rushmore National Memorial on August 7 and 8, 2008 from 5:00 a.m. to 11:30 p.m.

5. The designated  First Amendment area assigned under Mr. Boardley's permit is the Area #2 Walkway and is further depicted  on the map that is enclosed as Attachment B   Also enclosed are two photographs, marked as Attachment C, which show slightly different views of the Area # 2 Walkway area and which shows the walkway as well as the sculptured

heads of Presidents George Washington, Thomas Jefferson, Abraham Lincoln and Theodore Roosevelt in the background.

6.   Area #2 Walkway is located adjacent to the pergola, a columned pedestrian entrance structure, and between the Audio Tour Building/ Information Center And Bookstore and the Concessions Building.  This walkway area is where the vast majority of pedestrian visitors to Mount Rushmore National Memorial walk on their way to and from the visitor parking lot to the Visitor Center, the Concessions Buildings, and to the Memorial's prime viewing areas.   The designated area also provides the permittee a maximum exposure to visitors, and has worked very well for past permittees' conducting similar activities.

7.  Also enclosed  as Attachment D are photographs of two other designated First Amendment areas, designated as Area # 1 the Greenway and Area #3 the Amphitheater, for literature distribution and public assembly.   If plaintiff desires the use of one of these alternative areas, however, he should contact me to modify the permit consistent with our regulations.

8.  Finalizing the enclosed permit requires Mr. Boardley's signature. Once signed, it should be forwarded to me either by fax at (605) 574-2307 or

by mail at Mount Rushmore National Memorial, 13000 Highway 244,

Building 1, Suite 1, Keystone, South Dakota 57751.


This declaration is made pursuant to 28 U.S.C. § 1746. I declare

under penalty of perjury that the foregoing are true and correct to the best of

my current knowledge.

Executed in Mount Rushmore National Memorial, Keystone, South Dakota on this 6th day of December 2007.

Mike Pflaum
Chief Ranger
Mount Rushmore National Memorial
National Park Service

4

Attachment A



```
Form 10-114
Rev. DEC. 00
Page 1 of  2
```

UNITED STATES DEPARTMENT OF THE INTERIOR
National Park Service

Special Use Permit

Name of Use   __Distribute Printed Material / Public Assembly__                    Date
Permit   Reviewed

Reviewed

Reviewed

Expires  August 8, 2008
     Long Term _____                                              Permit #  MWR-
1500-2520-08002

Region   Park    Type      No. #
     Short Term _X_

Mount Rushmore National Memorial
Name of Area


 Michael Boardley_____ 11532 Quay St. NW , Coon Rapi ds, MN 55433    (612)-987-
8808
                        Name or Permittee

Address                                      Phone

is hereby authorized during the period from (Time _5:00 a.m._  day __07_ Month __08,
2008), through (Time 11:30 p.m._ day _08_  Month __08, 2008_ , (exclusive of the hours
from 11:30 p.m. on 08/07 to  5:00 a.m. on 08/08 when the Memorial is closed to visitors),
to use the following described land or facilities in the above named area:
Along the main walkway from the "pergola" (columned pedestrian entrance structure) to
the area adjacent to the rear wall of the concessions building.  This is the main
pedestrian access from the parking lot at Mount Rushmore National Memorial to the visitor
center and prime viewing areas. This area is marked on the attached map as "Area #2
Walkway".  A photograph of the area is also attached.

For the purpose(s) of:  Distribution of literature ("gospel tracts") and open air
preaching.


Authorizing legislation or other authority (RE - DO-53): 36 CFR 2.52; 36 CFR 2.51

NEPA Compliance:  CATEGORICALLY EXCLUDED _____  EA/FONSI _____  EIS  _____   OTHER
APPROVED PLANS  X

PERFORMANCE BOND:  Required _____   Not Required _____X_____  Amount

LIABILITY INSURANCE:  Required _____   Not Required _____X_____  Amount

ISSUANCE of this permit is subject to the conditions on the reverse hereof and appended
pages and when appropriate to the payment to the U.S. Dept. of the Interior, National Park
Service for its direct and indirect costs associated with managing the event.

The undersigned hereby accepts this permit subject to the terms, covenants, obligations,
and reservations, expressed or implied herein.

PERMITTEE _____
                              Signature
Date

Authorizing Official
_____
                                                         Signature
Date

Additional Authorizing Official
_____
                (if Required)                   Signature
Title                          Date



Page 2 of 2

**STANDARD CONDITIONS OF THIS PERMIT**

**1. The permittee shall exercise this privilege subject to the supervision of the Superintendent, and shall comply with all applicable laws and regulations of the area.**

**2. Damages - The permittee shall pay the United States for any damage resulting from this use which would not reasonably be inherent in the use which the permittee is authorized to make of the land described in this permit.**

**3. Benefit - No Member of Congress shall be admitted to any share or part of this permit or to any benefit that may arise therefrom: but this provision shall not be construed to extend to this grant if made with a corporation for its general benefit.**

**4. Assignment - This permit may not be transferred or assigned without the consent of the Superintendent, in writing.**

**5. Revocation - This permit may be terminated upon breach of any of the conditions herein or at the discretion of the Superintendent.**

**6. The permittee is prohibited from giving false information; to do so will be considered a breach of conditions and be grounds for revocation [Re: 36 CFR 2.32(a)(4)].**

**7. Permittee will comply with applicable public health and sanitation standards and codes.**

**8. Pursuant to 36 CFR 2.51(h) or 2.52 (h): It is prohibited for persons engaged in activities covered under this section to obstruct or impede pedestrians or vehicles, harass park visitors with physical contact or persistent demands, misrepresent the purposes or affiliations of those engaged in the sale or distribution, or misrepresent whether the printed matter is available without cost or donation.**

Attachment B

Case 1:07-cv-01986-JR    Document 22    Filed 12/07/2007    Page 11 of 17



Presidential Trail

stairs

**Lincoln Borglum Museum (lower level)**
- Museum
- Bookstore
- Restrooms
- Theaters

Area # 3 "Amphitheater"

Amphitheater

Compressor House

Presidential Trailhead

Borglum View Terrace

Grand View Terrace

Tipi Area

NPS Office

Sculptor's Studio & Bookstore

stairs    stairs

Nature Trail

Avenue of Flags

Borglum Court

244

Carvers Cafe/ Memorial Team Ice Cream Shop

Gift Shop

Area # 2 "Walkway"

Audio Tour Building

Information Center & Bookstore

244

to Keys Rapid C

Main Parking

Main Parking

Denotes Pet Exercise Area

**Mount Rushmore National Memorial Keystone, South Dakota**

Area # 1 "Greenway"

**Designated First Amendment Areas marked in red**

Attachment C

Mount Rushmore National Memorial
Designated First Amendment Area #2
"Walkway" area



Mount Rushmore National Memorial
Designated First Amendment Area #2
"Walkway" area

Attachment D



Mount Rushmore National Memorial
Designated First Amendment Area #1
"Greenway" area



**Mount Rushmore National Memorial**
**Designated First Amendment Area #3**
**"Amphitheater" area**