**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
MICHAEL BOARDLEY,              :
                               :
       Plaintiff,              :
                               :
    v.                         : Civil Action No. 07-1986 (JR)
                               :
U.S. DEPARTMENT OF THE INTERIOR,:
et al.,                        :
                               :
       Defendants.             :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Timothy D. Chandler [22] it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                              JAMES ROBERTSON
                          United States District Judge
```