UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-01986 (JR) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OF OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of 30 days to, and including, February 6, 2008, to file an answer or otherwise respond to the complaint in this case, in which Plaintiff challenges the enforcement of the National Park Service regulations and policies requiring a permit to distribute printed material at the Mount Rushmore National Memorial. The complaint was served on the Office of the United States Attorney on November 8, 2007 (Document No. 8), and Defendants' answer is therefore due on January 7, 2008. This is Defendants' first request for an enlargement of time to respond to the complaint. Plaintiff, through counsel, does not oppose the request, but also does not consent to it.[1/] Defendant relies on the following points and authorities in support of this motion:

---

[1/] Plaintiff's motion for a preliminary injunction and Defendants' suggestion of mootness have been briefed and are pending before the Court. Defendants submit that Plaintiff will suffer no prejudice from the requested enlargement of time because the National Park Service has approved Plaintiff's request for a permit to distribute gospel tracts and to engage in open air preaching at the Mount Rushmore National Memorial on August 7, 2008 and August 8, 2008, when he next intends to return to the park.

1. Undersigned counsel requires additional time to confer and consult with agency counsel prior to drafting our response to the complaint in this case, which was assigned to undersigned counsel when he transferred into the Civil Division in November 2007.

2. The enlargement is also required because undersigned counsel has experienced a high volume of deadlines in matters reassigned to him, and newly-assigned matters, since his transfer two months ago, including a number of cases with deadlines for filing answers or dispositive motions in the past two weeks. Furthermore, in addition to the application for a preliminary injunction in the instant case, undersigned counsel was also assigned to handle a motion for a temporary restraining order in <u>St. Bernard Housing Recovery & Development Corp. v. U.S. Department of Housing and Urban Development</u>, Civil Action No. 07-2231 (RWR) (jointly handled with DOJ/Federal Programs Branch), and a third emergency matter, which was resolved short of litigation. Due to the press of those cases, counsel requires additional time to file an answer or otherwise respond to the complaint in this case.

WHEREFORE, Defendants respectfully request an enlargement of time of 30 days to answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF THE** )<br>**INTERIOR et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-01986 (JR) |

## ORDER

Upon Consideration of Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Complaint by February 6, 2008.

It is **SO ORDERED** this _____ day of January, 2008.

_____
JAMES ROBERTSON
United States District Judge