**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL BOARDLEY, :
:
    Plaintiff, :
:
  v. : Civil Action No. 07-1986 (JR)
:
U.S. DEPARTMENT OF THE INTERIOR, :
*et al.*, :
:
    Defendants. :

## ORDER

In light of the declaration of Chief Park Ranger Mike Pflaum [Dkt. 20], plaintiff's motion for a preliminary injunction [Dkt. 2] is **denied as moot.** Defendants' motion for transfer pursuant to 28 U.S.C. § 1404(a) [Dkt. 27] is **denied.** The Clerk is directed to set a status conference.

                                        JAMES ROBERTSON
                            United States District Judge