UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF THE** ) <br> **INTERIOR et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 07-01986 (JR) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OF OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of one week to, and including, March 25, 2008, to file an answer or otherwise respond to the complaint in this case, in which Plaintiff challenges the enforcement of the National Park Service regulations and policies requiring a permit to distribute printed material at the Mount Rushmore National Memorial. Defendants response is due on March 18, 2008, pursuant to Rule 12(a)(4)(A), which is 10 days after the Court's Order of March 4, 2008 (Docket Entry No. 30), denying plaintiff's motion for a preliminary injunction as moot, and also denying defendant's motion to transfer the case to the District of South Dakota. Plaintiff, through counsel, does not oppose the request. Defendant relies on the following points and authorities in support of this motion:

1. Undersigned counsel requests an enlargement due to the press of previously-set deadlines in other cases during the 10-day response time. Additional time is also required so that undersigned counsel can confer and consult with agency counsel prior to finalizing our response to the complaint.

WHEREFORE, Defendants respectfully request an enlargement of time of one week to answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-01986 (JR) |
| v. | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Upon Consideration of Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Complaint by March 25, 2008.

It is **SO ORDERED** this _____ day of March, 2008.


JAMES ROBERTSON
United States District Judge