UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-01986 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OF OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of two weeks to, and including, April 8, 2008, to file an answer or otherwise respond to the complaint in this case, in which Plaintiff challenges the enforcement of the National Park Service regulations and policies requiring a permit to distribute printed material at the Mount Rushmore National Memorial. Defendants response is due on March 25, 2008, pursuant to prior order of the Court. Undersigned counsel discussed this request at the meet-and-confer conference of the parties held last week. Plaintiff, through counsel, does not oppose the requested extension as the parties in the process of preparing a Joint Report of Local Rule 16.3 Conference for filing with the Court prior to the April 2, 2008 Status Conference. Defendant relies on the following points and authorities in support of this motion:

1. Undersigned counsel requests an enlargement due to the need for the parties to meet-and confer and finalize a Rule 16.3 report during the response time, and the need for undersigned counsel to confer and consult with agency counsel prior to finalizing our response to the complaint.

WHEREFORE, Defendants respectfully request an enlargement of time of two weeks to answer or otherwise respond to the complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-01986 (JR) |
| v. ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon Consideration of Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Complaint by April 8, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

JAMES ROBERTSON
United States District Judge