UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-01986 (JR) |
| v. ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OF OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move the Court for an enlargement of time of one week to, and including, April 15, 2008, to file an answer or otherwise respond to the complaint in this case, in which Plaintiff challenges the enforcement of the National Park Service regulations and policies requiring a permit to distribute printed material at the Mount Rushmore National Memorial. Defendants response is due on April 8, 2008, pursuant to order of the Court following the status conference on April 2, 2008. Undersigned counsel requests this extension based on recent illness. Plaintiff, through counsel, does not oppose the requested extension.

WHEREFORE, Defendants respectfully request an enlargement of time of one week to answer or otherwise respond to the complaint.

        Respectfully submitted,


        /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney


        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney


        /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division, Room E-4806
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-01986 (JR) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Upon Consideration of Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Complaint by April 15, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
JAMES ROBERTSON
United States District Judge