UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-01986 (JR) |
| v. ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR** et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO ANSWER OF OTHERWISE RESPOND TO THE COMPLAINT
### ON BEHALF OF DEFENDANTS SUED IN THEIR INDIVIDUAL CAPACITIES

Defendants, by and through undersigned counsel, respectfully move the Court for an enlargement of time of 30 days to, and including, May 15, 2008, for the defendants sued in their individual capacities to answer or otherwise respond to the complaint in this case. This extension is necessary so that undersigned counsel may obtain authority to represent the U.S. Department of Interior officials who have been sued in their individual capacities, such request for authority is pending. Plaintiff's complaint challenges the enforcement of the National Park Service regulations and policies requiring a permit to distribute printed material at the Mount Rushmore National Memorial. Defendants' response is due on April 15, 2008, pursuant to prior order of the Court. Defendants are filing a motion to dismiss the complaint in its entirety, along with this motion, and have briefed the Bivens issues in the motion. We will notify the Court when such authority is obtained, and move to dismiss the Bivens claims at that time. Undersigned counsel contacted plaintiff, through counsel, to advise of this request. Plaintiff opposes the requested extension. However, plaintiff should not be prejudiced by a brief delay because plaintiff has filed a motion for

partial summary judgment today and any discovery should be stayed pending completion of the briefing of the pending motions.

    WHEREFORE, Defendants respectfully request an enlargement of time of 30 days for the defendants sued in their individual capacities to answer or otherwise respond to the complaint.

                        Respectfully submitted,

                        /s/
                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                        United States Attorney

                        /s/
                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                        Assistant United States Attorney

                        /s/
                        JOHN G. INTERRANTE
                        PA Bar # 61373
                        Assistant United States Attorney
                        Civil Division, Room E-4806
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 514-7220
                        (202) 514-8780 (fax)
                        John.Interrante@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-01986 (JR) |
| v. | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Upon Consideration of Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint on Behalf of Defendants Sued in Their Individual Capacities, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendants, sued in their individual capacities, shall respond to Plaintiff's Complaint by May 15, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


JAMES ROBERTSON
United States District Judge