UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL BOARDLEY,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | Civil Action No. 07-01986 (JR) |
| v. | ) ) ) | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR REVISED BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b), defendants, by and through undersigned counsel, respectfully move the Court to enlarge the period of time for the parties to respond to the pending dispositive motions and order a revised schedule briefing, as proposed herein. Specifically, plaintiff filed a motion for partial summary judgment on April 15, 2008 (Docket Entry No. 35), and defendants filed a motion to dismiss on the same date (Docket Entry No. 36). Pursuant to LCvR 7(b), opposition briefs are due on April 29, 2008. The Court also granted defendants' request for an extension of time to, and including, May 15, 2008, to obtain authority to represent defendant sued in their individual capacities. Undersigned counsel has conferred with plaintiff, through counsel, and plaintiff does not oppose this request for a revised briefing schedule. In further support of this request, defendants state the following:

1.   Defendants request an extension of time to, and including, May 20, 2008, to file a motion to dismiss the Bivens claims and to file an opposition to plaintiff's motion for partial summary judgment. This extension is required in order to allow sufficient time for defendants to obtain the declarations necessary to respond to plaintiff's motion for summary judgment and to

prepare an appropriate response. In addition, undersigned counsel is recovering from complications due to recent illness and has been required to reschedule deadlines in other cases during the current briefing schedule.

2. Under the proposed scheduling order, plaintiff's opposition to defendants' original motion to dismiss is also due on May 20, 2008. The parties would have three weeks to, and including June 10, 2008, to file reply briefs and plaintiff's opposition to the motion to dismiss the <u>Bivens</u> claims would also be due on June 10, 2008. Defendants' reply to the latter opposition would be due on June 24, 2008.

WHEREFORE, Defendants respectfully request that the Court enlarge the period of time for the parties to respond to the pending dispositive motions and order a revised briefing schedule. A proposed Order consistent with this request is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-01986 (JR) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR** et al., | ) |
| **Defendants.** | ) |

## ORDER

Upon Consideration of the Defendants' Unopposed Motion for Revised Briefing Schedule, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the parties shall comply with the following revised briefing schedule:

(1) Plaintiff's opposition to Defendants' motion to dismiss filed on April 15, 2008 shall be filed on or before May 20, 2008;

(2) Defendants' opposition to Plaintiff's motion for partial summary judgment filed on April 15, 2008, shall be filed on or before May 20, 2008;

(3) Defendants' motion to dismiss the Bivens claims shall be filed on or before May 20, 2008;

(4) Defendants' reply to plaintiff's opposition to defendant's motion to dismiss shall be filed on or before June 10, 2008;

(5) Plaintiff's reply to defendants' opposition to plaintiff's motion for partial summary judgment shall be filed on or before June 10, 2008.

(6) Plaintiff's opposition to defendants' motion to dismiss the <u>Bivens</u> claims shall be filed on or before June 10, 2008; and

(7) Defendant' reply to plaintiff's opposition to defendants' motion to dismiss <u>Bivens</u> claims shall be filed on or before June 24, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

                                                                                       James Robertson
                                                                                       United States District Judge

Copies to:  ECF counsel of Record