UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:07-cv-01986 (JR) |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR et al.,** ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin Meriweather and remove the appearance of Assistant United States Attorney John G. Interrante as counsel for all defendants in the above-captioned case.

                                                ____/s/_____
                                                ROBIN M. MERIWEATHER
                                                DC BAR # 490114
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7198
                                                (202) 514-8780 (fax)
                                                Robin.Meriweather2@usdoj.gov