UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:07-cv-01986 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR et al., ) | |
| Defendants. ) | |

**CONSENT MOTION FOR REVISED BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b), Defendants, through undersigned counsel, respectfully move the Court for a 30-day enlargement of the pending deadlines for the submission of briefs and motions. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff, and Plaintiff consents to this requested enlargement.

There is good cause to grant this motion. The undersigned Assistant United States Attorney recently entered her appearance in this matter, and has substituted as counsel of record. Assistant United States Attorney John Interrante, who was previously counsel of record for Defendants, is on extended leave due to unanticipated circumstances. The undersigned has not previously participated in this litigation, and needs time to familiarize herself with the record and prepare the briefs. Accordingly, Defendants respectfully request that the pending deadlines be deferred by thirty days. The proposed modifications are set forth in the chart below and the proposed order submitted with this motion. Granting this enlargement of time should cause no prejudice.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition to Defendants' Motion to Dismiss | May 20, 2008 | June 19, 2008 |
| Defendants' opposition to Plaintiff's motion for partial summary judgment | May 20, 2008 | June 19, 2008 |
| Defendants' motion to dismiss the <u>Bivens</u> claims | May 20, 2008 | June 19, 2008 |
| Defendants' reply to Plaintiff's opposition to Defendant's motion to dismiss | June 10, 2008 | July 10, 2008 |
| Plaintiff's reply to Defendants' opposition to Plaintiff's motion for partial summary judgment | June 10, 2008 | July 10, 2008 |
| Plaintiff's opposition to Defendants' motion to dismiss the <u>Bivens</u> claim | June 10, 2008 | July 10, 2008 |
| Defendants' reply to Plaintiff's opposition to Defendants' motion to dismiss the <u>Bivens</u> claim | June 24, 2008 | July 24, 2008 |

Dated: May 14, 2008                              Respectfully submitted,


                                                 _____/s/_____
                                                 JEFFREY A. TAYLOR, D.C. BAR #498610
                                                 United States Attorney

                                                 _____/s/_____
                                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                                 Assistant United States Attorney

                                                 ____/s/_____

2

ROBIN M. MERIWEATHER
DC BAR # 490114
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198 (voice);  (202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL BOARDLEY,** )<br>)<br>        **Plaintiff,** )<br>   v.                                                  )<br>)<br>**UNITED STATES DEPARTMENT OF THE** )<br>**INTERIOR et al.,** )<br>        **Defendants.** )<br>) | **Civil Action No. 1:07-cv-01986 (JR)** |

**ORDER**

Upon consideration of Defendants' unopposed motion for revised briefing schedule, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion be and hereby is **GRANTED;**

It is further **ORDERED** that the parties shall comply with the following revised briefing schedule:

(1)  Plaintiff's opposition to Defendants' motion to dismiss filed on April 15, 2008 shall be filed on or before June 19, 2008;

(2)  Defendants' opposition to Plaintiff's motion for partial summary judgment filed on April 15, 2008, shall be filed on or before June 19, 2008;

(3)  Defendants' motion to dismiss the Bivens claims shall be filed on or before June 19, 2008;

(4) Defendants' reply to plaintiff's opposition to defendant's motion to dismiss shall be filed on or before July 10, 2008;

(5) Plaintiff's reply to defendants' opposition to plaintiff's motion for partial summary

judgment shall be filed on or before July 10, 2008.

(6) Plaintiff's opposition to defendants' motion to dismiss the <u>Bivens</u> claims shall be filed on or before July 10, 2008; and

(7) Defendants' reply to plaintiff's opposition to defendants' motion to dismiss <u>Bivens</u> claims shall be filed on or before July 24, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
James Robertson
United States District Judge