UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL BOARDLEY,**<br><br>  Plaintiff,<br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR et al.,**<br>  Defendants. | Civil Action No. 1:07-cv-01986 (JR) |

### CONSENT MOTION FOR REVISED BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), and in accordance with the Court's May 15, 2008 Minute Order, Defendants, through undersigned counsel, respectfully request that the Court amend the pending deadlines for the submission of briefs and motions as follows. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff, and Plaintiff consents to this proposed schedule.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition to Defendants' Motion to Dismiss | May 20, 2008 | June 10, 2008 |
| Defendants' opposition to Plaintiff's motion for partial summary judgment | May 20, 2008 | June 10, 2008 |
| Defendants' motion to dismiss the Bivens claims | May 20, 2008 | June 10, 2008 |
| Defendants' reply to Plaintiff's opposition to Defendant's motion to dismiss | June 10, 2008 | June 30, 2008 |

| | | |
|---|---|---|
| Plaintiff's reply to Defendants' opposition to Plaintiff's motion for partial summary judgment | June 10, 2008 | June 30, 2008 |
| Plaintiff's opposition to Defendants' motion to dismiss the <u>Bivens</u> claim | June 10, 2008 | June 30, 2008 |
| Defendants' reply to Plaintiff's opposition to Defendants' motion to dismiss the <u>Bivens</u> claim | June 24, 2008 | July 8, 2008 |

Dated: June 4, 2008                                Respectfully submitted,


        /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/
ROBIN M. MERIWEATHER
DC BAR # 490114
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198 (voice);  (202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL BOARDLEY,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF THE** )<br>**INTERIOR et al.,** )<br>**Defendants.** )<br>) | Civil Action No. 1:07-cv-01986 (JR) |

**ORDER**

Upon consideration of Defendants' unopposed motion for revised briefing schedule, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion be and hereby is **GRANTED;**

It is further **ORDERED** that the parties shall comply with the following revised briefing schedule:

(1) Plaintiff's opposition to Defendants' motion to dismiss filed on April 15, 2008 shall be filed on or before June 10, 2008;

(2) Defendants' opposition to Plaintiff's motion for partial summary judgment filed on April 15, 2008, shall be filed on or before June 10, 2008;

(3) Defendants' motion to dismiss the Bivens claims shall be filed on or before June 10, 2008;

(4) Defendants' reply to plaintiff's opposition to defendant's motion to dismiss shall be filed on or before June 30, 2008;

(5) Plaintiff's reply to defendants' opposition to plaintiff's motion for partial summary judgment shall be filed on or before June 30, 2008.

(6) Plaintiff's opposition to defendants' motion to dismiss the <u>Bivens</u> claims shall be filed on or before June 30, 2008; and

(7) Defendants' reply to plaintiff's opposition to defendants' motion to dismiss <u>Bivens</u> claims shall be filed on or before July 8, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Honorable James Robertson
United States District Judge