UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BOARDLEY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR et al., ) <br> Defendants. ) <br> ) | Civil Action No. 1:07-cv-01986 (JR) |

### NOTICE OF WITHDRAWAL OF MOTION

Defendants, through undersigned counsel, hereby withdraw their Consent Motion for Revised Briefing Schedule [Dkt. Entry 41]. Through mutual agreement, the parties have modified the briefing schedule set forth in that motion. Defendants will submit that amended joint briefing schedule to the Court in a Notice.

Dated: June 11, 2008            Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR #498610
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER
　　　　　　　　　　　　　　　　　　DC BAR # 490114
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7198 (voice);  (202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov