UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01986 (JR) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR** et al., | ) |
| Defendants. | ) |

**NOTICE OF AGREED-TO BRIEFING SCHEDULE**

Defendants, through undersigned counsel, hereby provide Notice of the briefing schedule to which the parties have agreed. In accordance with this Court's May 15, 2008 Minute Order, the parties have conferred and developed an agreed briefing schedule which will result in motions that are fully briefed and ready for decision by July 8, 2008. That schedule is set forth in the chart below.

| Event | Agreed Deadline |
|---|---|
| Plaintiff's opposition to Defendants' Motion to Dismiss | June 11, 2008 |
| Defendants' opposition to Plaintiff's motion for partial summary judgment | June 11, 2008 |
| Defendants' motion to dismiss the Bivens claims | June 11, 2008 |
| Defendants' reply to Plaintiff's opposition to Defendant's motion to dismiss | June 30, 2008 |
| Plaintiff's reply to Defendants' opposition to Plaintiff's motion for partial summary judgment | June 30, 2008 |
| Plaintiff's opposition to Defendants' motion to dismiss the Bivens claim | June 30, 2008 |

| Defendants' reply to Plaintiff's opposition to Defendants' motion to dismiss the <u>Bivens</u> claim | July 8, 2008 |

Dated: June 11, 2008               Respectfully submitted,


                            _____/s/_____
                            JEFFREY A. TAYLOR, D.C. BAR #498610
                            United States Attorney


                            _____/s/_____
                            RUDOLPH CONTRERAS, D.C. BAR #434122
                            Assistant United States Attorney


                            ____/s/_____
                            ROBIN M. MERIWEATHER
                            DC BAR # 490114
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7198 (voice);  (202) 514-8780 (fax)
                            Robin.Meriweather2@usdoj.gov