UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL BOARDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-01986 (JR) |
| v. | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF FILING BULKY EXHIBIT**

Defendants, through undersigned counsel, hereby provide notice that an oversized exhibit will be filed with the Clerk's Office, pursuant to Local Civil Rule 5.4(e), in connection with Defendants' Motion for Partial Summary Judgment and Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment (Docket Entries 45 & 46). Specifically, Defendants are submitting the attachments to the Wenk Declaration, Exhibit Two to Docket Entries 45 & 46, to the Clerk's Office as an oversized filing. Those attachments were not electronically filed due their size. See Local Civ. Rule 5.4(e).

Dated June 12, 2008            Respectfully submitted,


                                /s/
                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                United States Attorney


                                /s/
                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                Assistant United States Attorney

                                                        /s/
                            ROBIN M. MERIWEATHER, D.C. Bar # 490114
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7198
                            (202) 514-8780 (fax)
                            Robin.Meriweather2@usdoj.gov