UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL BOARDLEY,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR <u>et al.</u>,<br>        Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-01986 (JR)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS, MOTION FOR RECONSIDERATION OF MAY 15, 2008 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and 54(e), Defendants seek an enlargement of time in which to file their reply briefs, and seek reconsideration of the portion of the Court's May 15, 2008 Minute Order which stated that there would be no further extensions of time. Specifically, Defendants request a six calendar day (three business day) enlargement of the deadline to submit their reply briefs, making the new deadline Monday July 14, 2008. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted counsel for Plaintiff on Saturday July 5, 2008, to request Plaintiff's position on this motion. However, Defendants do not know Plaintiff's position on this motion, as the request was made on a weekend and Defendants have not yet received a response from Plaintiff's counsel.

There is good cause to grant this enlargement of time, and to reconsider the Court's prior determination that there would be no further enlargements of time. Counsel for Defendants has made a good faith effort to comply with the deadline, and intended to prepare the reply briefs in advance of Tuesday July 8th. However, due to the recent death of a close family member, counsel for Defendants will be out of the office July 8-9, 2008, and a portion of July 7, 2008. Specifically, the undersigned Assistant United States Attorney will be traveling out of state July

7-9, 2008, to attend the funeral services for her grandmother, who recently passed away. Moreover, in light of the death of her grandmother, counsel for Defendants has devoted a substantial amount of time to family and travel-related issues this holiday weekend, although she initially intended to spend that time drafting the reply briefs.  Counsel for Defendants will be unable to submit the briefs prior to departing for the funeral services because, even if she could complete both drafts by Monday July 7, 2008 (which is unlikely), there would be insufficient time for the agency counsel and the United States Attorney's Office supervisors to review the drafts prior to her departure.  The funeral will be held in a small town, and counsel for Defendants does not expect to have internet access or use of a fax machine during that time.

    For the foregoing reasons, Defendants respectfully request that the deadline for the reply briefs be extended to Monday July 14, 2008.  Granting this modest enlargement of time should cause no prejudice to either party.  A proposed order is submitted herewith.

Dated: July 6, 2008                                  Respectfully submitted,


                                                                  /s/
                                          JEFFREY A. TAYLOR, D.C. BAR #498610
                                          United States Attorney

                                                                  /s/
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

    \_\_\_\_/s/_____
ROBIN M. MERIWEATHER
DC BAR # 490114
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198 (voice);  (202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MICHAEL BOARDLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:07-cv-01986 (JR) |
| ) | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR et al.,** ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' motion for enlargement of time and for reconsideration of the Court's May 15, 2008 Minute Order, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion be and hereby is **GRANTED**;

It is further **ORDERED** that Defendants may file their reply in support of their cross-motion for summary judgment, and the reply in support of the motion to dismiss the individually named officials, on or before July 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

Honorable James Robertson
United States District Judge