**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL BOARDLEY,                )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )     Civil Action No. 07-1986 (JR)<br>vs.                                                   )<br>                                                        )<br>U.S. DEPARTMENT OF THE INTERIOR  )     NOTICE OF WITHDRAWAL<br>*et al.*,                                             )         OF WILLIAM J. WEINS<br>                                                        )<br>        Defendants.                          )<br>_____) | |

Plaintiff hereby notifies this Court of the withdrawal of William J. Weins, counsel for Plaintiff, effective August 8, 2008.

Respectfully submitted this 5th day of August, 2008, by

       By: /s/ William J. Weins
           William J. Weins
           ALLIANCE DEFENSE FUND

| | |
|---|---|
| Jordan W. Lorence | Timothy D. Chandler* |
| D.C. Bar No. 385022 | California Bar No. 234325 |
| 801 G. Street NW, Suite 509 | Heather Gebelin Hacker* |
| Washington, D.C. 20001 | California Bar No. 249273 |
| Tel: (202) 637-4610 | 101 Parkshore Drive, Suite 100 |
| Fax: (202) 347-3622 | Folsom, California 95630 |
| jlorence@telladf.org | Tel: (916) 932-2850 |
| | Fax: (916) 932-2851 |
| | tchandler@telladf.org |
| | hghacker@telladf.org |
| | |
| Kevin H. Theriot* | Benjamin W. Bull+ |
| Kansas Bar No. 21565 | Arizona Bar No. 009940 |
| William J. Weins* | 15100 N. 90th Street |
| Kansas Bar No. 23127 | Scottsdale, Arizona 85260 |
| 15192 Rosewood | Tel: (480) 444-0020 |

| | |
|---|---|
| Leawood, Kansas 66224 | Fax: (480) 444-0028 |
| Tel: (913) 685-8000 | bbull@telladf.org |
| Fax: (913) 685-8001 | |
| ktheriot@telladf.org | |
| jweins@telladf.org | |

*Admitted *pro hac vice*
+Of counsel, not admitted in this jurisdiction

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey A. Taylor

Rudolph Contreras

Robin M. Meriweather

Counsel for Defendants

/s/William J. Weins
William J. Weins
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
913-685-8000 ph
913-685-8001 fx
jweins@telladf.org